**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **EVANSTON INSURANCE COMPANY** | § | |
| | § | |
| ***Plaintiff/Counter-Defendant,*** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO.: 4:24-CV-00601** |
| | § | |
| **LLOYD ENGINEERING, INC.** | § | |
| | § | |
| ***Defendant/Counter-Plaintiff.*** | § | |
| | § | |

# NOTICE OF SETTLEMENT

Pursuant to the Honorable Judge Alfred H. Bennett's Court Procedures and Practices, Pretrial Practice Rule 6, Plaintiff Evanston Insurance Company ("Evanston") and Defendant Lloyd Engineering, Inc. ("Lloyd Engineering") file this Joint Notice of Settlement to notify the Court that they have reached a settlement in this matter through formal mediation occurring on January 8, 2025.

The Parties request that all deadlines in this matter be suspended and this case be abated for sixty days pending completion of settlement papers and the filing of a stipulation of dismissal.

Respectfully submitted,

BY: */s/ Clinton J. Wolbert*

Clinton J. Wolbert
State Bar No. 24103020
Attorney-in-Charge
**PHELPS DUNBAR LLP**
910 Louisiana Street; Suite 4300
Houston, Texas 77002
Telephone: 713 626 1386
Facsimile: 713 626 1388
clinton.wolbert@phelps.com

William R. de los Santos
State Bar No. 24125762
**PHELPS DUNBAR LLP**
2102 E. State Hwy. 114, Suite 207
Southlake, Texas 76092

Telephone: 817 488 3134
Facsimile: 817 488 3214
william.delossantos@phelps.com

**ATTORNEYS FOR EVANSTON INSURANCE COMPANY**

*AND*

By: *_/s/ Samantha Trahan (by permission)_*
Samantha Trahan
Texas State Bar No.: 24028073
TRAHAN KORNEGAY PARTNERS LLP
12 Greenway Plaza, Suite 1100
Houston, Texas 77046
(713) 208 – 5136 phone
strahan@tkpllp.com

**ATTORNEYS FOR LLOYD ENGINEERING, INC.**

**CERTIFICATE OF SERVICE**

I certify that, on January 9, 2025, a true and correct copy of the foregoing was served on all parties of record in accordance with the Federal Rules of Civil Procedure.

*_/s/ Clinton J. Wolbert_*
Clinton J. Wolbert

- Email Courtesy Copy To Case Manager Lisa Edwards, Lisa_Edwards@tx.uscourts.gov.