United States District Court
Southern District of Texas
**ENTERED**
October 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-00601 |
| | § | |
| LLOYD ENGINEERING, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

In accordance with the Notice of Dismissal filed October 14, 2025 (DOC # 21), this case is hereby DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Signed on October 14, 2025.

Alfred H. Bennett
United States District Judge